PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ARMANDO ORELLANA GUEVARA,<br><br>Defendant. | CASE NO. 1:21-CR-00051-ADA-BAM<br><br>STIPULATION REGARDING DISCLOSURE UNDER FEDERAL RULES OF CRIMINAL PROCEDURE 12.1; FINDINGS AND ORDER |

**STIPULATION**

The United States, by and through Assistant United States Attorney Stephanie M. Stokman and counsel for defendant Oscar Armando Orellana Guevara, hereby stipulate and agree to the following:

1. On March 20, 2023, defendant filed Alibi Notices pursuant to Fed.R.Cr.P. 12.1(a)(2). Dkts. 45-47.

2. The government has 14 days upon which Fed.R.Cr.P. 12.1(b)(1)(A) requires the furnishing of witnesses or other evidence to the contrary.

3. The parties stipulate and agree to an extension of time upon which the government must provide information regarding rebuttal evidence, as both parties are continuing investigation in this matter.

//

//

4. The parties stipulate and agree that additional evidence shall be provided in a timely manner and no later than 14 days prior to trial, pursuant to Fed.R.Cr.P. 12.1(b)(2).

IT IS SO STIPULATED.

Dated:  April 3, 2023
PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated:  April 3, 2023
/s/ MICHAEL BERDINELLA
MICHAEL BERDINALLA
Counsel for Defendant
OSCAR ARMANDO
ORELLANA GUEVARA

IT IS SO ORDERED.

Dated:   April 4, 2023

UNITED STATES DISTRICT JUDGE