PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ARMANDO ORELLANA GUEVARA,<br><br>Defendants. | CASE NO. 1:21-CR-00051-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: May 24, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is set for status conference on May 24, 2023

2. By this stipulation, the government and defendant now move to set the matter for jury trial on November 7, 2023, and to exclude time between May 24, 2023, and November 7, 2023, under Local Code T4.

3. The parties further request that the matter be set for a trial confirmation hearing on October 9, 2023.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case

includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendant desires additional time to further review discovery, discuss potential resolution with his client and the government, and investigate and prepare for trial.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 24, 2023 to November 7, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

      g)    The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and trial preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

//

//

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 12, 2023                              PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ STEPHANIE M. STOKMAN
                                                  STEPHANIE M. STOKMAN
                                                  Assistant United States Attorney


Dated:  May 16, 2023                              /s/ MICHAEL BERDINELLA
                                                  MICHAEL BERDINELLA
                                                  Counsel for Defendant
                                                  OSCAR ARMANDO
                                                  ORELLANA GUEVARA


### ORDER

IT IS SO ORDERED that the status conference set for May 24, 2023, is vacated. A jury trial is set for **November 7, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Estimated time of trial is **3 weeks**. A trial confirmation is set for **October 10, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **May 16, 2023**                          /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE