MICHAEL W. BERDINELLA, SBN 085038
726 W. Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: attyberdinella@gmail.com

Attorney For:
OSCAR ARMANDO ORELLANA GUEVARA

IN THE UNITED STATES DISTRIC COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR ARMANDO ORELLANA GUEVARA,<br><br>Defendant | Case Number: 1:21-CR-00051-NODJ-BAM<br><br>ORDER EXCUSING DEFENDANT FROM HEARING.<br><br>HEARING DATE: 03/12/2024<br>TIME: 11:00 A.M.<br>JUDGE: HON. BARBARA A. MCAULIFFE |
|---|---|

   Good cause appearing, pursuant to the Rule 43 Waiver by the Defendant and the representation of Counsel for the Defendant it is hereby ordered that the Defendant is hereby excused from appearing at the Status Conference of March 12, 2024. All future requests for Rule 43 waiver shall bear the defendant's signature.

IT IS SO ORDERED.

   Dated:  **March 11, 2024**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

ORDER - 1