MICHAEL W. BERDINELLA, SBN 085038
726 W. Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: attyberdinella@gmail.com

Attorney For:
OSCAR ARMANDO ORELLANA GUEVARA

IN THE UNITED STATES DISTRIC COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Number: 1:21-CR-00051-BAM-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER DENYING EXCUSING DEFENDANT FROM HEARING |
| OSCAR ARMANDO ORELLANA GUEVARA, | HEARING DATE: 04/11/2024<br>TIME: 11:00 A.M.<br>JUDGE: HON. BARBARA A. MCAULIFFE |
| Defendant | |

The Rule 43 Waiver by the Defendant is DENIED. Defendant shall appear in person. Defendant has not complied with the Court's instructions that "[a]ll future requests for Rule 43 waiver shall bear the defendant's signature." Doc. 71.

IT IS SO ORDERED.

Dated: __April 10, 2024__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

ORDER - 1