PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>OSCAR ORELLANA GUEVARA,<br><br>               Defendant. | CASE NO.  1:21-cr-00051-NODJ-BAM<br><br>STIPULATION AND ORDER FOR SETTING PRETRIAL MOTIONS BRIEFING SCHEDULE<br><br>TRIAL DATE: August 6, 2024 |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Justin J. Gilio, on behalf of the government, and Michael Berdinella, Esq., on behalf of defendant Oscar Orellana Guevara ("Guevara"), as follows:

    1.    This action's trial is set to commence on Tuesday, August 6, 2024, and a trial confirmation hearing is set for July 15, 2024 at 8:30 a.m.

    2.    The parties seek to set a pretrial motions hearing to occur on the same date as the trial confirmation hearing, July 15, 2024.

    3.    The parties also agree to the following briefing schedule in advance of the pretrial motions hearing;

        a.    Motions filing deadline – June 17, 2024;

        b.    Opposition briefs filing deadline – July 1, 2024;

        c.    Optional Reply briefs filing deadline – July 8, 2024.

1

d.      Motions hearing date – July 15, 2024 at 8:30 a.m.

IT IS SO STIPULATED

Dated:  April 12, 2024                          PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ JUSTIN J. GILIO
                                                JUSTIN J. GILIO
                                                Assistant United States Attorney

Dated:  April 12, 2024                          /s/ MICHAEL BERDINELLA
                                                MICHAEL BERDINELLA
                                                Counsel for Defendant
                                                OSCAR ORELLANA
                                                GUEVARA

**O R D E R**

Pursuant to the parties stipulation, IT IS ORDERED that on the same date as the trial confirmation hearing, July 15, 2024, the Court will also hold a hearing on pretrial motions.  In addition, the parties will adhere to the following briefing schedule in advance of the hearing;

1.      Motions filing deadline – June 17, 2024.

2.      Opposition briefs filing deadline – July 1, 2024.

3.      Optional Reply briefs filing deadline – July 8, 2024.

4.      Motions hearing date – July 15, 2024 at 8:30 a.m.

DATED:  April 15, 2024.

_____

CHIEF UNITED STATES DISTRICT JUDGE