UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ORELLANA GUEVARA,<br><br>Defendant. | Case No. 1:21-cr-00051-BLW-BAM<br><br>**ORDER** |

On March 14, 2025, the Government filed a motion to dismiss this case without prejudice (Dkt. 110) pursuant to Fed. R. Crim. P. 48(a). Counsel for Defendant filed a notice of objection (Dkt. 111) and asked the Court to set a briefing schedule. Accordingly,

IT IS HEREBY ORDERED that the parties submit a stipulated briefing schedule to the Court no later than April 10, 2025.

DATED: March 24, 2025

_____
B. Lynn Winmill
U.S. District Court Judge