IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OSCAR ORELLANA GUEVARA,<br><br>    Defendant. | CASE NO. 1:21-cr-00051-BLW-BAM<br><br>ORDER TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS |

Good cause appearing, the parties' Stipulation to Set Briefing Schedule for Motion to Dismiss (Dkt. 116) is GRANTED. The following deadlines shall govern the briefing schedule for the government's motion to dismiss, ECF No. 110.

| | |
|---|---|
| Defendant's Opposition Due: | **April 18, 2025** |
| Government Reply Due: | **April 30, 2025** |
| Hearing (if needed): | **May 5, 2025** |

DATED: April 2, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

1